| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | CLEAR FORM |
|---|---|---|
| Jason M Ingber, Esq. (SBN 318323) <br> INGBER LAW GROUP <br> 3580 Wilshire Blvd., Suite 1260 <br> Los Angeles, California 90010 <br> T: 213-805-8373 | | |
| ATTORNEY(S) FOR: Plaintiffs | | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CHAIM DANIEL WOLMARK, an individual, and CLASSICS AUTO BODY INC., a California corporation and on behalf of all others similarly situated <br> Plaintiff(s), <br> v. <br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10, <br> Defendant(s) | CASE NUMBER: <br><br> 2:25-cv-2716 <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CHAIM DANIEL WOLMARK | Plaintiff |
| CLASSICS AUTO BODY INC. | Plaintiff |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | Defendant |

March 27, 2025                                       *Jason Ingber*
Date                                                 Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs