Jason M. Ingber Esq. (SBN: 318323)
**INGBER LAW GROUP**
3580 Wilshire Blvd., Suite 1260
Los Angeles, California 90010
T: (310) 270-0089
ji@jasoningber.com

Attorney for Plaintiffs
Chaim Daniel Wolmark and Classics Auto Body Inc.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **CHAIM DANIEL WOLMARK,** an individual, and **CLASSICS AUTO BODY INC.,** a California corporation and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** an Illinois corporation, and **DOES 1 through 10,**<br><br>*Defendant.* | CASE NO: 2:25-cv-02716<br><br>**CLASS ACTION COMPLAINT FOR:**<br><br>**(1) Violation of the Consumers Legal Remedies Act (California Civil Code § 1750 et seq.)**<br><br>**(2) Violation of Unfair Competition Law (UCL) (Cal. Bus. & Prof. Code § 17200 et seq.)**<br><br>**(3) NEGLIGENCE**<br><br>**DEMAND FOR JURY TRIAL** |

**CLASS ACTION COMPLAINT**

# INTRODUCTION

1. Plaintiffs Chaim Daniel Wolmark and Classics Auto Body Inc. (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, allege as follows against Defendant State Farm Mutual Automobile Insurance Company ("State Farm" or "Defendant")

2. This class action lawsuit challenges State Farm's systemic failure to fairly and promptly compensate consumers and auto body shops for damages arising from accidents caused by State Farm's insureds. Plaintiffs seek relief under the California Consumers Legal Remedies Act ("CLRA"), California Business and Professions Code § 17200 et seq. ("Unfair Competition Law" or "UCL"), and negligence.

# JURISDICTION AND VENUE

3. Plaintiff Chaim Daniel Wolmark is an individual residing in California.

4. Plaintiff Classics Auto Body Inc. is a licensed auto body repair shop operating in California.

5. Defendant State Farm Mutual Automobile Insurance Company is an Illinois-based corporation that transacts business throughout California.

6. This Court has jurisdiction under 28 U.S.C. § 1332(d) as this is a class action where the amount in controversy exceeds $5,000,000 and at least one class member is a citizen of a state different from Defendant.

7. Venue is proper in this District under 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claims occurred in this District.

# GENERAL ALLEGATION

8. On September 17, 2024, Plaintiff Wolmark's vehicle was struck by a State Farm insured, sustaining significant damage that required immediate towing to a repair shop.

9. Despite acknowledging liability, State Farm delayed confirming coverage for 20 days, resulting in unnecessary storage fees and loss-of-use damages.

10. On October 14, 2024, State Farm approved repairs totaling $4,204.04, authorizing parts orders and repairs. Then, on October 29, 2024, without justification, State Farm reversed its decision and declared the vehicle a total loss after repairs had begun.

11. Due to this sudden reversal, Plaintiff Wolmark incurred substantial financial losses, including unpaid storage fees, repair costs, and additional out-of-pocket expenses.

12. Plaintiff Classics Auto Body Inc. also suffered economic harm when State Farm failed to honor repair authorizations and arbitrarily reversed payments.

13. State Farm's pattern of unreasonable claim-handling practices has harmed consumers and repair shops across California.

The class is defined as follows:

a. **Consumer Class**: **Individuals in California whose vehicles were damaged in accidents involving State Farm's insureds and who suffered unreasonable delays, reversals of repair authorizations, or wrongful denials of coverage.**
**b. Auto Body Shop Class: California auto body repair shops that repaired vehicles damaged by State Farm's insureds but were either not paid in full or were subjected to improper claims handling practices.**

14. Plaintiffs bring this action on behalf of two proposed classes under Rule 23 of the Federal Rules of Civil Procedure.

15. The Consumer Class includes individuals in California who suffered delays or wrongful denials of coverage by State Farm when filing claims for accidents caused by State Farm's insureds.

16. The Auto Body Shop Class includes repair shops in California that were denied payment or subjected to arbitrary reversals of repair authorizations by State Farm.

17. Plaintiffs' claims are typical of those of the Class, and they will fairly and adequately represent Class members.

18. Common legal and factual issues predominate, including whether Defendant engaged in unfair business practices and negligently handled claims.

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION

**(Violations of the Consumers Legal Remedies Act (CLRA) (Cal. Civ. Code § 1750 et seq.))**

19. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

20. Defendant engaged in unfair and deceptive business practices, including delaying claims processing, misrepresenting repair coverage, and misleading insureds and third parties about policy benefits.

21. In Plaintiff Wolmark's case, Defendant knowingly delayed claim confirmation for 20 days, causing unnecessary storage fees and loss-of-use damages. Furthermore, after authorizing repairs, Defendant arbitrarily reversed its decision, leaving Wolmark with significant out-of-pocket costs.

22. Plaintiff Classics Auto Body Inc. suffered financial harm due to Defendant's pattern of approving and then unjustifiably reversing repair authorizations, forcing the business to absorb costs.

23. Plaintiffs and Class members suffered financial losses as a direct result of Defendant's conduct and seek actual damages, injunctive relief, attorneys' fees, and any other relief deemed appropriate by the Court.

## SECOND CAUSE OF ACTION

**(Unfair Competition Law (UCL) (Cal. Bus. & Prof. Code § 17200 et seq.))**

24. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

25. Defendant's conduct constitutes unlawful, unfair, and fraudulent business practices.

26. Defendant systematically engaged in unfair insurance claims handling practices in violation of California Insurance Code § 790.03(h).

27. Defendant's wrongful conduct includes delaying claims, reversing repair approvals, and denying payments, as experienced by Plaintiffs Wolmark and Classics Auto Body Inc. Such conduct forces consumers and businesses into financial hardship.

28. Defendant's misleading and arbitrary denials have caused widespread economic injury, requiring Plaintiffs and the Class to absorb losses unjustly.

29. Plaintiffs and Class members seek restitution, injunctive relief, and other equitable remedies.

## THIRD CAUSE OF ACTION

**(Negligence)**

30. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

31. Defendant breached this duty by engaging in delays, wrongful denials, and unjustified reversals of claim approvals, as evidenced by the handling of Wolmark's and Classics Auto Body Inc.'s claims.

32. Plaintiff Wolmark suffered substantial economic harm, including unpaid storage fees, repair costs, and additional expenses due to Defendant's arbitrary reversal of repair approval.

33. Plaintiff Classics Auto Body Inc. suffered financial damages when State Farm reversed repair authorizations without justification, forcing the shop to bear costs for work already completed.

34. Defendant's negligent actions forced Plaintiffs and repair shops to pursue legal action and other remedies to recover their rightful compensation.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, as an individual, prays for judgement against Defendants as follows:

1. Certification of the proposed Classes;
2. Compensatory Damages exclusive of attorneys' fees and costs;
3. Statutory damages under the CLRA;
4. Injunctive relief to prevent further violations of consumer rights;
5. Pre-judgment and post-judgment interest as allowed by law;
6. Such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

**PLAINTIFF** requests a trial by jury.

DATED: March 28, 2025

*Jason Ingber*
Jason M. Ingber, Esq.
**INGBER LAW GROUP**
Attorney for Plaintiffs