POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Jason M. Ingber Esq. (SBN: 318323)<br>**INGBER LAW GROUP**<br>3580 Wilshire Blvd., Suite 1260<br>Los Angeles, California 90010<br>TELEPHONE NO.: (310) 270-0089   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* ji@jasoningber.com<br>ATTORNEY FOR *(Name):* Plaintiffs, Chaim Daniel Wolmark and Classics Auto Body Inc. | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| PLAINTIFF/PETITIONER: **CHAIM DANIEL WOLMARK, an individual, et al.** | CASE NUMBER:<br>**2:25-cv-2716** |
|---|---|
| DEFENDANT/RESPONDENT: **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.** | |
| **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** | Ref. No. or File No.:<br>INGLA-0192006.MM |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☒ Summons in a Civil Action
   b. ☒ Complaint
   c. ☒ Civil Cover Sheet
   d. ☒ Other *(specify documents):* Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM; NOTICE OF INTERESTED PARTIES
   e. ☐ First amended complaint
   f. ☐ Second amended complaint
   g. ☐ Third amended complaint

3. a. Party served *(specify name of party as shown on documents served):*
   **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **CSC, BY LEAVING WITH ALEX JENKINS, SERVICE OF PROCESS INTAKE CLERK**

4. Address where the party was served: **2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA 95833**

5. I served the party (check proper box)
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **4/02/025**   (2) at *(time):* **2:00 PM**

   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a):*

   (1) ☐ **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF**
**SUMMONS AND COMPLAINT**

Code of Civil Procedure, § 417.10

American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER **CHAIM DANIEL WOLMARK, an individual, et al.** | CASE NUMBER: **2:25-cv-2716** |
|---|---|
| DEFENDANT/RESPONDENT: **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.** | |

5.  c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                                   (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d.  ☐  **By other means** *(specify means of service and authorizing code section)*:

  e.  ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
  a.  ☐  as an individual defendant.
  b.  ☐  as the person sued under the fictitious name of *(specify)*:
  c.  ☐  as occupant.
  d.  ☐  On behalf of *(specify)*:
    Under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                     ☐ Other:

7.  **Person who served papers**
  a.  Name: RITONG KYLEE IECHAD
  b.  Address: 1605 W. Olympic Blvd., 8th Floor, Los Angeles, CA 90015
  c.  Telephone number: (213) 975-9850
  d.  **The fee** for service was: $**195.00**
  e.  I am:
    (1) ☐ Not a registered California process server.
    (2) ☐ Exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ a Registered California process server:
      (i)   ☐ Owner   ☐ Employee   ☒ Independent contractor.
      (ii)  Registration No.: 150
      (iii) County: SUTTER

8.  ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **4/03/25**

RITONG KYLEE IECHAD                                   *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS AND COMPLAINT**    Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com