# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAIM DANIEL WOLMARK, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25−cv−02716−FLA−JPR<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   4/5/2025

Document No.:   11

Title of Document:   Proof of Service (subsequent documents)

**ERROR(S) WITH DOCUMENT:**

Case number Missing assigned Judge and Magistrate's initials. REFER TO 4/1/2025 REASSIGNMENT ORDER. Official case number is to read as : 2:25−cv−02716 FLA (JPRx).

Incorrect event selected. Correct event to be used is: Service of summons and complaint returned executed (21 days)

Due to incorrect event Docket entry is Incomplete/incorrect. No record of complaint being served. The correct event will prompt for required information: who, how and when and statute... all of which are Missing

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: April 7, 2025          By: /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS